

509

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

                    Opinion No. O-2720
                    Re:  Whether fees collected by
                         the State Registrar of Vital
                         Statistics should be transferred
                         to the General Revenue Fund to
                         apply against the appropriations
                         made to the Vital Statistics
                         Division.

          Your letter to us of September 9th reads as follows:

     "I respectfully refer you to your opinion No. O-1394
dated September 14, 1939, to Hon. W. A. Davis, State
Registrar, concerning the status of the special Vital
Statistics Fund as related to the appropriations in
Senate Bill 427, Acts of the Forty-sixth Legislature,
for the Vital Statistics Division of the State Health
Department.  This opinion denies the Health Department
the use of the vital statistics fees deposited in the
special fund and implies that those fees be applied to
offset the cost of the Vital Statistics Division which
is paid from the General Revenue appropriations.

     "The collections of vital statistics fees in the last
fiscal year were less than the expenditures from the
general appropriations.  Will you kindly give me your
opinion as to whether or not these fees should be trans-
ferred to the General Revenue Fund to apply against the
costs of the Vital Statistics Division?"

          You state that our Opinion No. O-1394 "denies the
Health Department the use of the vital statistics fees deposited
in the special fund.  Perhaps a more accurate statement of that
part of our holding in Opinion No. O-1394 would be that the

Honorable Geo. H. Sheppard, page 2

vital statistics fees collected are to be deposited in the special vital statistics fund and applied to the payment of salaries provided for in the appropriation to the Bureau of Vital Statistics. Insofar as these fees are insufficient to pay all the salaries of the bureau authorized by the appropriation bill, payment thereof is to be supplemented from the General Revenue Fund.

We understand from your letter that no withdrawals whatever were made during the last fiscal year from the Vital Statistics Fund, but that all expenditures of the Vital Statistics Bureau were paid out of the General Revenue Fund.

In order to rectify this situation, it is our opinion that you should as you suggest, transfer the monies deposited in the Vital Statistics Fund to the General Revenue Fund to apply against the expenditures of the Bureau of Vital Statistics. That such is the intention of the Legislature is to be found in the following provision of Section 2, House Bill 613, Acts 1939, (which appears as Rule 54a of Article 4477, Vernon's Civil Statutes):

". . . all such fees shall be kept by the State Treasurer in a special and separate fund, to be known as the 'Vital Statistics Fund', and the amounts so deposited in this fund may be used for defraying expenses incurred in the enforcement and operation of this Act."

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Walter R. Koch_
Walter R. Koch
Assistant

WRK:AMM

APPROVED OCT 22, 1940

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS